# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                    )
Sierra Club, *et al*.                               )
                                                    )
                        Petitioners,                )
                                                    )
        v.                                          )        No. 20-1427
                                                    )
Federal Energy Regulatory Commission,               )
                                                    )
                        Respondent.                 )
_____)

## UNOPPOSED MOTION FOR A SCHEDULE ESTABLISHING A SIXTY-DAY BRIEFING PERIOD FOR RESPONDENT FEDERAL ENERGY REGULATORY COMMISSION

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission ("Commission") hereby moves this Court fix a briefing schedule in this case that affords the Commission a minimum of 60 days after the filing of Petitioners' opening brief in which to file the Commission's brief in response. The Commission has numerous cases before this and other Circuits at any given time, including multiple briefs scheduled in this Court in 2021. The requested 60-day briefing interval facilitates efficient coordination of this caseload and lessens the possibility that the

Commission will find it necessary to seek an extension after the Court establishes a briefing schedule.

Counsel for the Commission has contacted counsel for Petitioners and is authorized to state that Petitioners consent to this motion.  Counsel for Movant-Intervenors Mountain Valley Pipeline, LLC and Public Service Company of North Carolina have also indicated their consent to this motion.


Respectfully submitted,

*/s/ Anand R. Viswanathan*
Anand R. Viswanathan
Attorney


Federal Energy Regulatory
   Commission
Washington, DC  20426
Tel.:  (202) 502-6537
Fax:  (202) 273-0901
anand.viswanathan@ferc.gov

November 23, 2020

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 171 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Times New Roman 14-point font using Microsoft Word 2013.

*/s/ Anand R. Viswanathan*
Anand R. Viswanathan
Attorney


Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC 20426
Tel.: (202) 502-6537
Fax: (202) 273-0901
Email: anand.viswanathan@ferc.gov

November 23, 2020

*Sierra Club, et al. v. FERC*
**D.C. Cir. No. 20-1427**

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d), and the Court's Administrative

Order Regarding Electronic Case Filing, I hereby certify that I have, this 23rd day

of November 2020, served the foregoing upon the counsel listed in the Service

Preference Report via email through the Court's CM/ECF system.

> */s/ Anand R. Viswanathan*
> Anand R. Viswanathan
> Attorney

Federal Energy Regulatory
   Commission
888 First Street, NE
Washington, D.C.  20426
Tel.: (202) 502-6537
Fax: (202) 273-0901
Email: anand.viswanathan@ferc.gov