IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 20-1427
_____

SIERRA CLUB, APPALACHIAN VOICES,
BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE,
CHESAPEAKE CLIMATE ACTION NETWORK, CENTER FOR BIOLOGICAL
DIVERSITY, and HAW RIVER ASSEMBLY,

Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.
_____

On Petition for Review of Order of the Federal Energy Regulatory Commission,
171 FERC ¶ 61,232 (June 18, 2020)
_____

**UNOPPOSED MOTION OF INTERVENORS MONACAN INDIAN
NATION AND SAPPONY TRIBE TO WITHDRAW**

L. Eden Burgess (D.C. Cir. Bar No. 49501)
William J. Cook (D.C. Cir. Bar No. )
Cultural Heritage Partners, PLLC
2101 L St., NW, Suite 800
Washington, DC  20037
(202) 567-7594
eden@culturalheritagepartners.com
will@culturalheritagepartners.com
*Counsel for Intervenors Monacan Indian Nation
and Sappony Tribe*

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 27, Intervenors Monacan Indian Nation and Sappony Tribe ("Movants") hereby move to withdraw from this case, with each party to bear its own costs. In support of this motion the Movants state as follows:

1. On October 19, 2020, Sierra Club and several other parties petitioned for review of certain orders of the Federal Energy Regulatory Commission related to the Southgate Project. On November 13, 2020, Movants (the Monacan Indian Nation and Sappony Tribe) moved for leave to intervene; this Court granted that intervention on December 9, 2020. On April 1, 2021, Movants filed a merits brief as Intervenors supporting Petitioners. *See* Intervenors Monacan Indian Nation's and Sappony Tribe's Corrected Page-Proof Rule 30(c) Opening Brief, Doc. 1892755 (Apr. 1, 2021).

2. Movants subsequently reached an agreement with the developer of the Southgate Project that resolves their opposition to the same. As a result, Movants no longer have an interest in the outcome of this proceeding, and no longer wish to pursue any of the claims or arguments raised in their merits brief. As such, Movants respectfully request leave to withdraw as a party to this proceeding.

3. Movants' attorney has contacted all counsel of record and advises the Court that this motion is unopposed. Furthermore, the Monacans and Sappony agree to bear their own costs and fees associated with the appeal.

WHEREFORE, Intervenors Monacan Indian Nation and Sappony Tribe request the Court to grant this motion to withdraw as parties to this proceeding.

DATED: August 16, 2021             Respectfully submitted,

/s/ William J. Cook
William J. Cook
Cultural Heritage Partners, PLLC
2101 L St., NW, Suite 800
Washington, DC  20037
(202) 567-7594
will@culturalheritagepartners.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I electronically filed this Unopposed Motion to Withdraw with the Clerk of the Court by using the appellate CM/ECF System and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

<pre>
                          /s/ William J. Cook
                          William J. Cook
                          Cultural Heritage Partners, PLLC
                          2101 L St., NW, Suite 800
                          Washington, DC  20037
                          (202) 567-7594
                          will@culturalheritagepartners.com
</pre>